NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRLEY J. BLEDSOE,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2011-3054

---

Petition for review of the Merit Systems Protection Board in case no. CH0353100935-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the United States Postal Service to intervene,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The respondent and intervenor should calculate their brief due dates from the date of filing of this order.

FOR THE COURT

**APR 0 6 2011**
_____                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc:  Shirley J. Bledsoe
     Carrie A. Dunsmore, Esq.
     Calvin Morrow, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2011

JAN HORBALY
CLERK